**Fill in this information to identify the case:**

Debtor name  Auburn Armature, Inc.

United States Bankruptcy Court for the:  Northern District Of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Thomas Pawlak (Armor) 5532 Pebble Beach Drive  Hamburg, NY14075 | (716) 648-9686 | Loan | | | | $1,406,249.00 |
| 2 | Siemens Industry Inc. (IMARK) P.O. Box 2715  Carol Stream, IL60132 | David Hopping, President/CEO (847) 803-2700 | Trade Debt | | | | $788,408.30 |
| 3 | Bennett C. Carter 8 Leitch Avenue  Skaneateles, NY13152 | | Loan | | | | $419,000.00 |
| 4 | Pinnacle Architectural Vertex Innovative Solution Inc. 12655 East 42nd Ave., Ste 50 Denver, CO80239 | Chris Hammelef, President (303) 322-5270 | Trade Debt | | | | $332,902.82 |
| 5 | Encore Wire (IMARK) P.O. Box 841490  Dallas, TX75284-1490 | Daniel L. Jones, President/CEO (800) 962-9473 | Trade Debt | | | | $230,582.12 |
| 6 | Weg Electric Corp. Mail Code 5606 P.O. Box 105046 Atlanta, GA30348-5046 | Peter Barry, President (678) 249-2000 | Trade Debt | | | | $185,255.57 |
| 7 | American Express P.O. Box 3600001  Fort Lauderdale, FL33336-0001 | Kenneth I. Chenault, CEO (212) 640-2000 | Credit Card | | | | $138,913.78 |
| 8 | Hubbell Lighting (IMARK) Dept CH-14175  Palatine, IL60055-4175 | Gary N. Amato, CEO (864) 678-1000 | Trade Debt | | | | $129,694.20 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor    Auburn Armature, Inc.                                                    Case number (*if known*)_____
         *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Southwire Company LLC (IMARK)<br>75 Remittance Drive, Suite 6815<br>Chicago, IL 60675-6815 | Rich Stinson, President/CEO<br>(800) 444-1700 | Trade Debt | | | | $122,093.12 |
| 10 | Ephesus Lighting Inc.<br>125 East Jefferson Street<br>Syracuse, NY 13202 | Mike Lorenz, President<br>(315) 579-2873 | Trade Debt | | | | $115,865.00 |
| 11 | Qualite Sports Lighting LLC<br>Dept 6099<br>P.O. Box E<br>Grand Rapids, MI 49501-4905 | Nick Page, President<br>(517) 439-1581 | Trade Debt | | | | $115,000.00 |
| 12 | Baldor Electric Company (Corp)<br>26827 Network Place<br>Chicago, IL 60673-1268 | Ronald Tucker, President/CEO<br>(479) 646-4711 | Trade Debt | | | | $102,023.55 |
| 13 | Klemm Reflactor Co.<br>736 East Venango Street<br>Philadelphia, PA 19134 | Peter Klemm, CEO<br>(215) 634-4750 | Trade Debt | | | | $98,500.00 |
| 14 | Cree, Inc.<br>75 Remittance Drive<br>Suite 6403<br>Chicago, IL 60675-6403 | Charles M. Swoboda, Pres/CEO<br>(919) 313-5300 | Trade Debt | | | | $93,862.80 |
| 15 | Philips Lighting Co. (IMARK)<br>P.O. Box 100194<br>Atlanta, GA 30384-0194 | Frans Van Houten, CEO<br>(732) 563-3000 | Trade Debt | | | | $93,132.00 |
| 16 | Selux Corporation<br>5 Lumen Lane<br>P.O. Box 1060<br>Highland, NY 12528 | Peter Stanway, CEO<br>(845) 834-1400 | Trade Debt | | | | $92,373.61 |
| 17 | GE Energy Power Conversion Inc.<br>P.O. Box 74008397<br>Chicago, IL 60674-8397 | Azeez Mohammed, CEO<br>(877) 605-6777 | Trade Debt | | | | $86,714.27 |
| 18 | ABB Automation Inc.<br>P.O. Box 88868<br>Chicago, IL 60695-1868 | Ulrich Spiesshofer, CEO<br>(262) 785-3200 | Trade Debt | | | | $80,900.26 |
| 19 | See Attachment 1<br>See Attachment 1<br>82 Devonshire Street<br>Boston, MA 02109 | | Plan Contributions | | | | $78,015.00 |
| 20 | GE Industrial Solutions (IM)<br>General Electric Company<br>P.O. Box 402497<br>Atlanta, GA 30384-2497 | Stephanie Mains, CEO<br>(800) 431-7867 | Trade Debt | | | | $70,596.78 |

# Attachment
## Debtor: Auburn Armature, Inc.       Case No:

Addendum 1

- a. Auburn Armature Inc. Employees' Profit Sharing 401K Plan
- h. c/o Fidelity Management Trust Company, Trustee