| Fill in this information to identify the case: |
| --- |
| Debtor name _____ **Auburn Armature, Inc.** _____ |
| United States Bankruptcy Court for the: _____ **Northern District of New York** |
| Case number (If known): _____ |

❑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................

    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................................

    $ **17,266,259.52**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................

    $ **17,266,259.52**

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................

   $ **14,159,371.10**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................

    $ _____

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................................................

    + $ **8,057,196.17**

4. **Total liabilities**...........................................................
   Lines 2 + 3a + 3b

   $ **22,216,567.27**