**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

------------------------------------------------------x
In re:                                                              :    Case No. 17-_____-5-MCR
                                                                         :
AUBURN ARMATURE, INC., *et al.*,[1]      :    Jointly Administered
                                                                         :    Chapter 11
                                            Debtors.       x
------------------------------------------------------x

## APPLICATION FOR ORDER REDUCING TIME FOR NOTICE OF HEARING TO CONSIDER THAT PORTION OF DEBTORS' SALE MOTION SEEKING AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, SUBJECT TO HIGHER OR BETTER OFFERS; (II) SETTING VARIOUS DATES RELATED TO THE BIDDING PROCEDURES; (III) APPROVING CERTAIN BID PROTECTIONS; AND (IV) GRANTING RELATED RELIEF

Auburn Armature, Inc. ("AAI"), EASA Acquisition I, LLC ("EASA I"), and EASA Acquisition II, LLC ("EASA II"), as debtors and debtors in possession (collectively, the "Debtors"), by and through the undersigned counsel, make this application ("Application") and respectfully submit to the Court as follows:

1.  On May 17, 2017 (the "Petition Date"), the Debtors filed separate, voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of New York (the "Court"), commencing the Debtors' Chapter 11 cases (the "Chapter 11 Cases"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. As of the date of the filing of this Application, no official committees have been appointed or designated. Concurrently herewith, the Debtors have filed a motion seeking joint administration of their Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b).

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Auburn Armature, Inc. [2853]; EASA Acquisition I, LLC [7967]; and EASA Acquisition II, LLC [0374].

Simultaneously herewith, the Debtors have filed the *Debtors' Motion for Orders Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 6004 (A) (i) Authorizing the Sale of Substantially All of the Debtors' Assets; Free and Clear of All Liens, Claims, and Encumbrances, Subject to the Terms of the Asset Purchase Agreement and Subject to Higher and/or Better Offers; (ii) Authorizing and Approving a Certain Asset Purchase Agreement with AAI Acquisition, LLC; and (iii) Authorizing Debtors to Consummate All Transactions Related to the Proposed Sale; (B) Approving Bidding Procedures and Other Related Relief; and (C) Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases and Assign Such Contracts and Leases to Purchase AAI Acquisition, LLC Pursuant to 11 U.S.C. §§ 365(a), (b), and (c) and Bankruptcy Rule 6006(e)(1)* (the "Sale Motion")[2].

2. The Debtors make this Application pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1(d) for an Order reducing the time for the notice of hearing to consider the portion of the Debtors' Sale Motion seeking an Order: (A) (1) setting deadlines and approving requirements and procedures (the "Bidding Procedures") for interested parties to submit competing bids for substantially all of the Debtors' assets (the "Assets"); (2) authorizing AAI Acquisition, LLC as the stalking horse purchaser for the Assets; (3) approving the form of Purchase Agreement; (4) scheduling an auction (the "Auction"); and (5) setting a hearing date to approve the sale of the Assets to the Successful Bidder; (B) approving the form and manner of the Notice of Auction and Sale Hearing and Notice of Assumption and Assignment, and (C) granting such other and further relief as the Court deems just and proper (collectively, the "Requested Relief").

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion and/or the Bidding Procedures Order, as applicable.

{34164/31825/AAV/01375487.DOCX}

3.     Pursuant to this Application, the Debtors request that the Court conduct a hearing (the "Bid Procedures Hearing") at 11:00 a.m. on May 23, 2017 in Syracuse, New York to consider the Requested Relief (as more fully described in the Sale Motion).

**Request for Reduction of Time for Notice of the Bid Procedures Hearing**

4.     Rule 2002(a)(2) requires that the debtor serve a motion to use, sell or lease property of the estate outside the ordinary course of business twenty-one (21) days prior to the proposed hearing date.  The Debtors propose to serve notice of the Bid Procedures Hearing and Sale Motion upon all creditors and parties in interest no later than 6:00 p.m. on May 19, 2017. As such, notice of the Bid Procedures Hearing and Sale Motion will be served four (4) days before the Bid Procedures Hearing

5.     With respect to the Bid Procedures Hearing, the Debtors submit that an objection deadline of 9:00 a.m. on May 23, 2017 is appropriate to allow all parties sufficient time to review the Requested Relief.

6.     As discussed more fully in the Sale Motion, the Debtors seek to sell their Assets as soon as practicable in order to maximize the recovery therefrom for the Debtors' estates and their creditors.  It is imperative that the Bid Procedures Hearing be held on May 23, 2017, so that the Debtors may continue the due diligence process with potential bidders and provide as much time as possible for potential bidders to prepare an offer.

7.     The timeline set forth above allows the Assets to be sold as efficiently as possible and in a manner that will allow the Debtors to maximize their value for creditors and ensure their continued operations for the benefit of the Debtors' current employees and creditors.

8. The Debtors respectfully submit that, in order to permit the Debtors to conduct the sale at the date and time referenced above, it is necessary for the Court to issue an Order reducing the time for approval of the Requested Relief.

**WHEREFORE**, based upon the foregoing, the Debtors respectfully request that the Court enter an Order reducing the time for notice of the hearing to consider that portion of the Debtors' Sale Motion seeking an (A) (1) setting deadlines and approving requirements and procedures (the "Bidding Procedures") for interested parties to submit competing bids for substantially all of the Debtors' assets (the "Assets"); (2) authorizing AAI Acquisition, LLC as the stalking horse purchaser for the Assets; (3) approving the form of Purchase Agreement; (4) scheduling an auction (the "Auction"); and (5) setting a hearing date to approve the sale of the Assets to the Successful Bidder; (B) approving the form and manner of the Notice of Auction and Sale Hearing and Notice of Assumption and Assignment, and (C) granting such other and further relief as the Court deems just and proper.

Dated:   May 17, 2017                **MENTER, RUDIN & TRIVELPIECE, P.C.**

By*:*   */s/Jeffrey A. Dove*
Jeffrey A. Dove, Esq. (Bar Roll No. 101532)
*Proposed Attorneys for Debtors and*
*Debtors in Possession*
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone:    (315) 474-7541
Facsimile:    (315) 474-4040