UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
---------------------------------------------------------- x     30743
In re:                                                      :    Case No. 17-_____-5-MCR
                                                            :
AUBURN ARMATURE, INC., *et al.*,[1]                         :    Chapter 11
                                                            :    Jointly Administered
                                      Debtors.              :
---------------------------------------------------------- x

**ORDER PURSUANT TO RULE 1015(b) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "Motion") of Auburn Armature, Inc. ("AAI"), EASA Acquisition I, LLC ("EASA I"), and EASA Acquisition II, LLC ("EASA II"), debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the Declaration of Geoffrey L. Murphy pursuant to Local Bankruptcy Rule 2015-6 in Support of First-Day Motions and Applications (the "Declaration"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the U.S. Trustee for the Northern District of New York, (ii) counsel for KeyBank National Association, prepetition secured creditor, (iii) counsel for DeltaPoint Capital IV, L.P. and DeltaPoint Capital IV (New York), L.P.; and (iv) counsel for Patriot Capital II, L.P., a prepetition secured creditor; and it appearing that no other

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Auburn Armature, Inc. [2853]; EASA Acquisition I, LLC [7967]; and EASA Acquisition II, LLC

{34164/31825/AAV/01370658.DOC}

or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and in the Declaration establish just cause for the relief granted herein; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtors' Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-__30743__-5-MCR; and it is further

**ORDERED** that nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' Chapter 11 cases pursuant to Bankruptcy Rule 1015(b); and it is further

**ORDERED** that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**
-------------------------------------------------- x
In re:                                             :    Case No. 17-__30743__-5-MCR
                                                   :
AUBURN ARMATURE, INC., *et al.*,[1]                :    Chapter 11
                                                   :    Jointly Administered
                         Debtors.                  x
--------------------------------------------------

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Auburn Armature, Inc. [2853]; EASA Acquisition I, LLC [7967]; and EASA Acquisition II, LLC [0374].

and it is further

**ORDERED** that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code; and it is further

---

[0374].

{34164/31825/AAV/01370658.DOC}                    2

**ORDERED** that a docket entry, that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors' cases other than the case of Auburn Armature, Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the Chapter 11 cases of Auburn Armature, Inc., EASA Acquisition I, LLC, and EASA Acquisition II, LLC. All further pleadings and all other papers shall be filed in and all further docket entries shall be made in Case No. 17-30743-5-MCR.

~~and it is further~~

~~**ORDERED** that the Debtors shall be permitted to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis upon consultation with the U.S. Trustee.~~

Dated: May 19, 2017
Syracuse, New York

HON. MARGARET CANGILOS-RUIZ
CHIEF UNITED STATES BANKRUPTCY JUDGE

{34164/31825/AAV/01370658.DOC}    3