Jeffrey Cohen, Esq.
Eric S. Chafetz, Esq. *(pro hac pending)*
Barry Bazian, Esq. *(pro hac pending)*
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

| | |
|---|---|
| In re:<br><br>Auburn Armature, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-30743-5-mcr |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the Official Committee of Unsecured Creditors (the "**Committee**") hereby appears by and through its undersigned proposed counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Committee, by and through its proposed counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Jeffrey Cohen, Esq.
Eric S. Chafetz, Esq.
Barry Bazian, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are as follows: Auburn Armature, Inc. (2853); EASA Acquisition I, LLC (7967); and EASA Acquisition II, LLC (0374).

34058/2
06/06/2017 200869949.1

Email:  jcohen@lowenstein.com
Email:  echafetz@lowenstein.com
Email:  bbazian@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  June 6, 2017

By: /s/  *Jeffrey Cohen*
Jeffrey Cohen, Esq.
Eric S. Chafetz, Esq. *(pro hac pending)*
Barry Bazian, Esq. *(pro hac pending)*
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
212-262-6700 (Telephone)

*Proposed Counsel to the Official Committee of Unsecured Creditors*